UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. KELLY, | No. C 07-3928 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| BEN CURRY, warden, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a petition in this court after he obtains the necessary order from the Court of Appeals for the Ninth Circuit and after he exhausts state court remedies.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 18, 2007

                                                 SUSAN ILLSTON
                                                 United States District Judge